UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21980-CIV-HUCK/BANDSTRA

MIRTHA GARCIA,

    Plaintiff,
v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/



## ORDER OF DISMISSAL

THIS MATTER is before the Court upon Plaintiff's Notice of Voluntary Dismissal [D.E. #4], filed June 20, 2011. The Notice states that Plaintiff dismisses the above-captioned action with prejudice. After considering the Notice and being otherwise duly advised, it is

ORDERED that this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT and the case is CLOSED. The Court retains jurisdiction for 60 days to enforce the parties' settlement agreement.

DONE AND ORDERED in Chambers, Miami, Florida, on June 21, 2011.

                                Paul C. Huck
                                United States District Judge

Copies furnished to:
Counsel of Record